UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID MENKEN, a single man,<br><br>    Plaintiff - Appellant<br><br>v.<br><br>GERRY F EMM, husband; et al.,<br><br>    Defendants<br><br> and<br><br>COLDWELL BANKER/ITILDO, INC., a foreign corporation; MARSHA L TOMERLIN, wife,<br><br>    Defendants - Appellees | No. 09-16109<br><br>D.C. No. 2:04-cv-00598-MHM<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered July 02, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk